

## NUMBER 13-12-00488-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

RUBEN SANCHEZ, CASSANDRA TREVINO,
ISIDORO ESPINOSA JR., AND ROSIE TREVINO
AS NEXT FRIEND OF RENE TREVINO, A MINOR,                    Appellants,

v.

SHANE VALVERDE, TROY BERRY, BRUCE
BERRY, A-1 BONDING COMPANY, AT ONCE
BAIL BONDS, AND A-1 BAIL BONDS LLC,                    Appellees.

On appeal from the 197th District Court
of Willacy County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

The appellants' brief in the above cause was due on January 25, 2013. On

February 7, 2013, the Clerk of the Court notified appellants that the brief had not been

timely filed and that the appeal was subject to dismissal for want of prosecution under

Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellants reasonably explained the failure and the appellees were not significantly injured by the appellants' failure to timely file a brief. To date, no response has been received from appellants.

Appellants have failed to either reasonably explain their failure to file a brief, file a motion for extension of time to file his brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the
7th day of March, 2013.